# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEN CANG CHEN, by and through his Successor in Interest, You Jian Chen; YOU JIAN CHEN, individually; YOULI CHEN YUE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY; BEACON HEALTHCARE SERVICES, INC. dba NEWPORT BAY HOSPITAL; and DOES 1 through 30,<br><br>Defendants. | Case No. 2:22−cv−00527−MCE−AC<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT ARCH SPECIALTY INSURANCE COMPANY TO FILE A RESPONSE TO PLAINTIFFS' MOTION TO REMAND**<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: 7<br><br>Current response date: May 3, 2022<br>New proposed response date: May 10, 2022 |

Upon consideration of the Stipulated Motion of Plaintiffs Zhen Cang Chen, by and through his Successor in Interest, You Jian Chen, You Jian Chen, individually, and Youli Chen Yue, individually ("Plaintiffs"), and Defendant Arch Specialty Insurance Company ("Arch"), for an extension of time of one week, to May 10, 2022, for Arch to file a response to Plaintiffs' Motion to Remand [ECF 4], IT IS HEREBY ORDERED that the Motion is GRANTED.

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 4000
LOS ANGELES, CALIFORNIA 90017

IT IS FURTHER ORDERED that Arch shall file a response to Plaintiffs' Motion to Remand by May 10, 2022.

IT IS SO ORDERED.

Dated: May 2, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE